UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | CR 19-40097 |
|---|---|
| Vs. | Judicial Notice of no Waiver of Attorney/Client privilege confidential information and legal-Rights |
| NATHAN PEACHEY | |
| | Rule 201 |

August 24, 2021

Judicial Notice

Defendant Nathan Joel Peachey requests this Court to take judicial notice pursuant to FRCP Rule 201, of the facts herein stated, and serves notice to Plaintiff and assistance of Counsel of same.

Defendant has exercised inherent Rights pursuant to Pennsylvania Bill of Rights, Article 1, Section 25, US Constitution 1st and 9th Amendment and international private treaty law on August 24, 2021, a matter of record filed in this United States District Court under Overnight Mail filing registration No. EI056-929-539US to represent all matters as general counsel and ecclesiastical proctor via private attorney general in all inherent Rights, issues and the merits arising in this Case, that do not arise as Federal granted legal-right or privileges thereof, referenced in and pursuant to *Attorney/Client Relationship of Assistance of Council Services Presentment and Acceptance Record Contract* under Uniform Commercial Code 2-206 and 207 by *UCC International Bill of Acceptance* between Defendant and assistance of Council by International Security Registration Number RE310553585US on December 22, 2020 under Pennsylvania Apostille No.202025274, under (*Convention De Laye Hague du 5 Octobre 1961*).

Defendant has not and does not inadvertently waive attorney/client privilege and work-product intentional pursuant to *FRCP Rule 502 (a) (1)* by implication or otherwise, any past, present, or future communications and information protected between Defendant and assistance of Counsel. If, when and where to be construed as such, this Judicial Notice shall be construed to be a reasonable step pursuant to *FRCP Rule 502 (b) (2)* to give notice of no inadvertent waiver and to take the steps to prevent disclosure. Defendant at all times holds and maintains reservation of any Rights to protected attorney/client confidentiality privilege and work-product of all information and communication, without any implied or actual loss or waiver whatsoever, *without prejudice*, in any Constitutional, statutory legislative created legal-rights, or inherent Rights in the issues and merits of the Case proceeded in this Court; between him and Court appointed assistance of counsel Attorney John R. Hinrichs or assigns, pursuant to Pennsylvania Bill of Rights, Article 1, Section 25, US Constitution 1st and 9th Amendment, *nunc pro tunc*. Defendant furthermore gives Judicial Notice that it has not, does not, and will not waive, either implied or by consent, or otherwise, and does always maintain the inherent Right protected under the <u>Pennsylvania Bill of Rights Article 1, Section 9</u>; "*cannot be compelled to give **evidence** against himself*" and the inherent Right under <u>US Constitution, 5th Amendment</u>; "*cannot be compelled in any criminal case to be a **witness** against himself.*"

## AVERMENT

I herewith, herein and hereby aver, affirm, attest and declare these facts to be true and correct.

SUBMITTED: *Nathan Joel Peachey*
Private Attorney General
Nathan Joel Peachey,
1682 Middle Road
Middleburg Pennsylvania [17842]
roseoil33@yahoo.com
(570) 765-5159

Filed in the Court on 8/31/2021 USA
Certified Mail # 7021-0950-0001-5199-1095

CERTIFICATE OF SERVICE

August 24, 2021

I hereby certify that on this date, the foregoing document was filed with the United States District Court, District of South Dakota Clerk of Courts Office, 400 South Phillips Ave. RM 128, Sioux Falls, SD 57104 via US certified mail Registration No. 7021-0950-0001-5199-1095 and furthermore served on the following Party(s) of record:

Jeremy R. Jehangiri/Asst. United States Att.
PO Box 2638
Sioux falls, SD 57101-2638
jeremy.jehangiri@usdoj.gov
alissa.thorson@usdoj.gov
Served electronic transmission and USA certified mail No. 7021-0950-0001-5199-1071
Counsel for the United States

Jamie L. Damon/Attorney at Law
115 E. Sioux
Pierre SD 57501-1115
dlo@midconetwork.com
Served electronic transmission and USA certified mail No. 7021-0950-0001-5199-1088
Assistance of Counsel for Co-defendant Rick John Winer

John R. Hinrichs
Attorney at Law
101 W. 69th St. Ste.105
Sioux Falls, SD 57108
john@hpslawfirm.com
Served electronic transmission
Assistance of Counsel for Co-defendant Nathan Peachey

Nathan Joel Peachey
1682 Middle Road
Middleburg Pennsylvania 17842
Hand Delivery
Private Attorney General

I further certify that a copy of the foregoing document was served on the foregoing Party(s) attorney(s) via 1st class USA certified mail, electronic transmission, or hand delivery.

Dated this 31st day of August, 2021.

_____
Nathan Joel Peachey

Nathan J Peachey
1682 Middle Road
Middleburg PA 17842

FORWARDING SERVICE REQUESTED

X-RAYED BY
SOUTH DAKOTA
CSO





U.S. POSTAGE PAID
FCM LG ENV
MIFFLINBURG, PA
17844
AUG 31, 21
AMOUNT
$8.16
R2303S102700-02

1000   57104

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

7021 0950 0001 5199 1095

United States District Court
400 S Phillips Ave. RM 128
Sioux Falls SD 57104

