CASE NO. 4:19-CR-40097

United States District Court of South Dakota
IN RE:
UNITED STATES OF AMERICA

V.

Nathan Joel Peachey

Notice of Attorney Representation Revoke

Filed by Overnight Mail: EI188798069US

Date: February 9 2022

*Nathan Joel Peachey*
Nathan Joel Peachey
1682 Middle Road
Middleburg Pennsylvania
jerichooutreach@yahoo.com
(570) 765-5159 Ph (570) 371-5188 Fax

## 1. REVOCATION AND FIRING OF ATTORNEY

1. Nathan Joel from the family of Peachey, a living man and a Pennsylvania State National by sole and exclusive political allegiance, gives Notice of the permanent firing and release of John R. Hinrichs, revocation, rescind, abrogation, abdication and discontinuance without any reservation whatsoever of being represented by John R Hinrichs and assigns, as attorney-at-law in the Case CR.19-40097.

2. Nathan Joel has not, and will not concede to the *de facto "political, subject-matter and person jurisdiction"* to this *de facto* US District Court in law or fact, in settling the matters of the church and things concerning the security of his Estate, but will arrive and enter by *"special appearance"* as Trustee himself, with full immunity to administer the affairs and the estate of NATHAN JOEL PEACHEY i.e. NATHAN J PEACHEY and administrate permanent settlement and closure to this Case himself, without Attorney John R. Hinrichs.

## 2. FULL COMPLETE IMMUNITY

3. Nathan Joel Peachey will arrive and enter the US Court building and administrate the estate business in UNITED STATES v. NATHAN PEACHEY Case No. CR.19-40097 in administrative capacity with Judge Karen E Schreier, his appointed fiduciary agent of the estate of NATHAN JOEL PEACHEY by SS. No. 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, with full immunity from liability under the *Pennsylvania Bill of Rights, Article 1, Section 25*, the United States Constitution, *1st, 9th and 10th Amendment* and the LETTER OF INSTRUCTIONS (L.O.I) from *The Department of the United States of America* under the seal of ***The Department of the Treasury* 1789** as Pennsylvania State National.

### 3. ATTORNEY-AT-LAW REPRESENTATION REVOKED

4. Nathan Joel Peachey has made public record of his legal and lawful status to that as a Pennsylvania State National and claims the surety for this case, and is not now an infant or a *Ward of the State* subject to the *Emergency War Powers Act*. He owes sole and exclusive allegiance as a free man on the land to the organic State of Pennsylvania.

5. Nathan Joel Peachey has absolutely unconditionally without exception or reservation whatsoever, rescinded and revoked all attorney-at-law representations by John R. Hinrichs, or assigns and replacements whatsoever. John R Hinrichs is restricted, prohibited and not authorized to sign any documents, make any confession of judgement, execute any performance, bid, or any other body incarceration surety bonds, on behalf of and for Nathan Joel Peachey, neither is he allowed to speak or to think on his behalf, or to enter the Court Room on his behalf in this Case, whatsoever. All attorney-at-law representations and any acts done heretofore by his signature, are null and void, removed, rescinded from the case, and this is *Notice to the Court*, that it is rescinded as such, for misrepresentation and fraud on the Court, and a conspiracy to injure the estate of Nathan Joel Peachey and violation of Rights by misrepresentation.

6. Nathan Joel Peachey entered into a UCC Bill of Acceptance of attorney/client relationship and the twelve articles of Defence that he had agreed to be defended with accordingly. Please SEE *EXHIBIT-2 20201215 UCC International Bill of Acceptance.* John R Hinrichs failed to defend and made no effort to defend in any of these articles. He in fact on the first day of the jury trial, in his opening remarks, he demeaned Nathan Joel Peachey to the jury, he belittled him as some strange guy that believes strange things and got caught up in a scam. This was all a strategy ploy of course to evoke pity from the jury. Nathan Joel Peachey did not

want pity or a ploy. He had made it very clear, time and again from the beginning, how to be defended, and John R Hinrichs failed miserably in providing any meaningful or proper defence whatsoever.

## 4. DOCUMENT INCORPORATION

7. The Exhibits List and Affidavit Documents are herein, herewith and hereby incorporated, as essential constituent and part of this Notice of Special Appearance.

**EXHIBIT-2** 20201215 UCC International Bill of Acceptance

## 5. SWORN STATEMENT

8.  I Nathan J Peachey affirm, attest and declare all the statements, facts and attached Exhibit Affidavits is herein a part of this Notice of Special Appearance and is true and correct, under penalty of perjury under the laws of the United States of America.

STATE OF PENNSYLVANIA

SNYDER County, ss.

I Nathan Joel Peachey being duly sworn to law, dispose and say the statements and the contents of this Affidavit and factual allegations as contained herein and above are true and correct to the best of my knowledge, so help me God.

_Nathan Joel Peachey_
Nathan Joel Peachey

Sworn and Subscribed to me this ___ day of __February__ in the year of our Lord 20__.

_____ PROTHONOTARY
Notary Public

My commission expires: MY COMMISSION EXPIRES FIRST MONDAY IN JANUARY 2024

## 6. SUBMISSION

DATE:

RESPECTFULLY SUBMITTED
SUI JURIS PRO SE

*Nathan Joel Peachey*
Nathan Joel Peachey
1682 Middle Road
Middleburg Pennsylvania 17842
jerichooutreach@yahoo.com
(570) 765-5159

## 7. CERTIFICATE OF SERVICE

I have served upon John R. Hinrichs by Overnight Mail Number:

John R. Hinrichs
101 W 69th Street STE105A
Sioux Falls SD 57108


EI 188798157 US



Attested True and Correct:

_____
Nathan J Peachey
1682 Middle Road
Middleburg PA 17842


Date